**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ASHLEY SIMPSON and GARY
SIMPSON,

               Plaintiffs,

v.                                      Case No:  6:18-cv-2010-Orl-40GJK

UNITED PROPERTY & CASUALTY
INSURANCE COMPANY,

               Defendant.

_____/

## ORDER

This cause is before the Court on Defendant's United Property & Casualty Insurance Company Motion to Dismiss Plaintiff's Claims for Attorneys' Fees and Costs Pursuant to Florida Law (Doc. 5) filed on November 26, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed January 30, 2019 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The United Property & Casualty Insurance Company Motion to Dismiss Plaintiff's Claims for Attorneys' Fees and Costs Pursuant to Florida Law (Doc. 5) is **GRANTED**.

3.      Plaintiffs' claims for attorneys' fees and costs pursuant to Florida Statutes §§ 626.9373 and 627.428 are **DISMISSED**.

**DONE AND ORDERED** in Orlando, Florida on February 14, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties